IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LILYBETH BONILLA | : | CRIMINAL ACTION |
| | : | NO. 99-711-22 |
| v. | : | |
| | : | CIVIL ACTION |
| UNITED STATES OF AMERICA | : | NO. 06-2484 |

### ORDER

**AND NOW**, this 21st day of November, 2006, upon careful and independent consideration of the pleadings and the record herein, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, and having received no objections thereto, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED** without prejudice.

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ Bruce W. Kauffman
**BRUCE W. KAUFFMAN, J.**